UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| TIMOTHY C. HAITHCOX,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>　　　　Defendant. | Case No. CV-23-86 -H-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 4), this matter is DISMISSED.

Dated this 15th day of December 2023.

　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　By: /s/ H. G.
　　　　　　　　　　　　　H. G., Deputy Clerk